# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.   06-cv-02359-LTB-MEH

RACHED BELHADJ (A # 76 197 577);
SAMI KAHALE (A # 76 391 017);
MOHAMED AHMED (A # 46 833 856); and
AHMED AHMED (A # 74 700 608),

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director, United States Department of Homeland Security, Denver, Colorado; and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.
_____

# ORDER
_____

THIS MATTER having come before the Court on the Motion to Dismiss All Claims by the Following Plaintiffs: (1) Rached Belhadj (A # 76 197 577); (2) Mohamed Ahmed (A # 46 833 856); and (3) Ahmed Ahmed (A # 74 700 608), by Stipulation of the Parties (Doc 4 - filed January 18, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims of Rached Balhadj, Mohamed Ahmed, and Ahmed Ahmed are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED:   January 19, 2007