**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-02359-LTB-MEH

SAMI KAHALE (A # 76 391 017);

      Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director, United States Department of Homeland Security, Denver, Colorado; and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

_____

**ORDER RE: STIPULATED MOTION TO DISMISS
ALL CLAIMS BY SAMI KAHALE**
_____

      Pursuant to the Parties' Stipulated Motion to Dismiss all claims by Sami Kahale in the above referenced action, it is therefore

      ORDERED, ADJUDGED and DECREED that the claims of Sami Kahale, are dismissed.  Each party will bear its own costs and attorneys' fees.

      DATED this   22nd   day of   February  , 2007.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Chief Judge